

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00393-CR

Felix Ezekiel **CAMPOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1273
Honorable Philip Kazen, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 5, 2013.

Sandee Bryan Marion, Justice